AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briskman, Arthur B. | US Bankruptcy Court | 07/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

400 W Washington Street
Suite 5100
Orlando, FL 32801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Florida A & M College of Law - Teaching | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Putnam Master Intermediate Income Trust Mutual Fund - (IRA) | A | Dividend | J | T | | | | | |
| 2. First Eagle Global Fund Class A - Mutual Fund - (IRA) | A | Dividend | K | T | | | | | |
| 3. MFS Growth Fund Class A Mutual Fund - (IRA) | A | Dividend | J | T | | | | | |
| 4. Davis NY Venture - Mutual - (IRA) | A | Dividend | J | T | | | | | |
| 5. Transamerica - IDEX JCC Balanced Class A Mutual - (IRA) | A | Dividend | K | T | Sold | 05/14/15 | J | A | |
| 6. Hendon LP Limited Partnership - Scranton, PA | G | Rent | P1 | U | | | | | |
| 7. Western Assets - Money Market | A | Interest | J | T | | | | | |
| 8. Jennison Natural Resources FD CL C (Mutual) - (IRA) | A | Dividend | K | T | | | | | |
| 9. Jennison 20/20 Focus Fund CL A (Mut) - (IRA) | A | Dividend | J | T | | | | | |
| 10. Powershares Water Resources (exchange traded fund) | A | Dividend | J | T | | | | | |
| 11. Transamerica Short Term - (Bond) (Mutual) | A | Int./Div. | | | Sold | 05/14/15 | J | A | |
| 12. Pimco Multi Asset - (IRA) (Mutual) | A | Dividend | J | T | | | | | |
| 13. Unit Clay, Zacks Income (Unit Trust) - (IRA) | A | Interest | J | T | | | | | |
| 14. NJ EDA Pension (Mun Bond) - (IRA) | A | Interest | J | T | | | | | |
| 15. AAM Navil Dial Income Trust - (Bond) - (IRA) | A | Interest | J | T | | | | | |
| 16. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |
| 17. Apache Corp - (Stock) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |
| 19. Apache Corp - (Stock) | A | Interest | K | T | | | | | |
| 20. Stifel Senior Note - (Bond) | B | Interest | | | Redeemed | 01/15/15 | J | A | |
| 21. PA Turnpike - (Muni Bond) | A | Interest | K | T | | | | | |
| 22. Alexandria REIT - (IRA) | B | Interest | | | Sold | 09/17/15 | J | A | |
| 23. Enterprise Partners - (Stock) - (IRA) | A | Interest | K | T | | | | | |
| 24. 5th Street Finance Senior Note - (IRA) | B | Interest | K | T | | | | | |
| 25. Summit Properties - (Bond) - (IRA) | B | Interest | K | T | | | | | |
| 26. Triangle Corp Senior Note - (Bond) - (IRA) | B | Interest | K | T | | | | | |
| 27. Urstadt Properties - (Bond) - (IRA) | B | Interest | J | T | | | | | |
| 28. US Steel - (Bond) - (IRA) | A | Interest | J | T | | | | | |
| 29. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 30. AAM Nav Dial Bond Portfolio - (IRA) | B | Interest | K | T | | | | | |
| 31. 1st Trust MLP Portfolio - (Mutual) - (IRA) | B | Dividend | K | T | | | | | |
| 32. 1st Trust Capital Strength - (Mutual) - (IRA) | C | Dividend | K | T | | | | | |
| 33. Hercules Tech Senior Note - (IRA) | A | Interest | J | T | | | | | |
| 34. KCAP Senior Note - (IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 36. AAM Steelpath MLP Portfolio - (Stock) - (IRA) | D | Interest | K | T | | | | | |
| 37. 1st Trust MLP Portfolio - (Stock) - (IRA) | A | Interest | K | T | | | | | |
| 38. PNC - (Checking) | A | Interest | K | T | | | | | |
| 39. Marlin Midstrem - (Stock) (IRA) | A | Dividend | | | Sold | 05/08/15 | J | A | |
| 40. Whitehorse - (Bond) (IRA) | A | Interest | J | T | | | | | |
| 41. Marlin Midstream - (Stock) (IRA) | A | Dividend | | | Sold | 05/08/15 | K | B | |
| 42. Pennant Park Invst Corp Sr Note 6.250% coupon (pref stock) | A | Interest | J | T | | | | | |
| 43. Chesapeake Energy - (Bond) | A | Interest | | | Sold | 11/23/15 | J | A | |
| 44. Mainstay Cushing MLP Fund (mutual fund) | B | Dividend | K | T | | | | | |
| 45. Pennant Park Investment Corp (common stock) | A | Dividend | J | T | | | | | |
| 46. Exelon (Bonds) (IRA) | A | Interest | K | T | | | | | |
| 47. AAM Business Dev (Trust)(IRA) | A | Dividend | K | T | | | | | |
| 48. PetroQuest Energy (Unit Trust) | B | Dividend | L | T | | | | | |
| 49. Star Bulk Carriers (Bond) | B | Dividend | J | T | | | | | |
| 50. Goodrich Pete (Bonds)(IRA) | B | Interest | J | T | | | | | |
| 51. Dominion Resources (Bond)(IRA) | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Smart Trust Morningstar (Trust)(IRA) | A | Dividend | J | T | | | | | |
| 53. Tyson Food (Bond)(IRA) | A | Interest | | | Sold | 10/27/15 | K | A | |
| 54. Franklin Square Investment Corp (common stock) | A | Interest | J | T | Buy | 01/20/15 | J | | |
| 55. Harvest Capital (Note) (IRA) | A | Interest | J | T | Buy | 01/22/15 | J | | |
| 56. AM Trust 7.5% | A | Interest | J | T | Buy | 03/13/15 | J | | |
| 57. National General 7.5% | A | Interest | J | T | Buy | 03/24/15 | J | | |
| 58. Gas Log Ltd 8.75% | A | Interest | J | T | Buy | 03/30/15 | J | | |
| 59. Federated Muni Advantage Fund (Stock) | A | Interest | K | T | Buy | 04/24/15 | K | | |
| 60. Halcon Resources CV PFD (IRA) | A | Dividend | J | T | Buy | 04/30/15 | J | | |
| 61. Anthem Inc Corp Unit, 5.25% coupon (preferred stock) | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 62. Anthem Inc Corp Unit, 5.25% coupon (preferred stock) | A | Dividend | K | T | Buy | 05/08/15 | K | | |
| 63. Eagle Point Credit Co Inc PFD; 7.75% coupon -preferred stock | A | Interest | J | T | Buy | 05/14/15 | J | | |
| 64. Stifel Best Idea Unit Trust | A | Interest | J | T | Buy | 05/20/15 | J | | |
| 65. Amtrust Fin Svcs Inc Sub Note 7.25% coupon (preferred stock) | A | Interest | J | T | Buy | 06/11/15 | J | | |
| 66. Southern Co (Note) (IRA) | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 67. First Trust Capital Strength ETF (IRA) | A | Dividend | J | T | Buy | 10/27/15 | J | | |
| 68. First Trust Capital Dorsey Wright ETF (IRA) | A | Dividend | J | T | Buy | 10/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dimeco Inc (x) | A | Dividend | K | T | Buy | 12/21/15 | K | | |
| 70. ESSA Bancorp (x) | A | Dividend | K | T | Buy | 12/21/15 | K | | |
| 71. Fidelity D&D Bancorp (x) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 72. Investco High Muni Fund (x) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 73. Prudential Large Cap Core (x) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 74. Prudential 20/20 Focus Fund (x) | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 75. Wels Markets (x) | A | Dividend | K | T | Buy | 12/21/15 | K | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briskman, Arthur B.** | 07/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Sec. VII - #20 Stifel Senior Note & #22 Alexandr Reit were inadverty indicated as no value at the end of the reporting period in the 5/15/15 report.

2. Sec. VII - #68-#75 were gifted to my spouse from her father on 12/21/15.

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 07/08/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Briskman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544